IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NATALIE GIANNE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP LLC and SNOWFLAKE, INC.,<br><br>Defendants. | CV-24-102-BU-BMM<br><br>**ORDER** |

Lesley E. Weaver, Esq. (Pro Hac Counsel) has filed a motion for attorney admission to this Court allowing herself to appear *pro hac vice* in this case pursuant to Rule 2.1(c) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, attorneys of record in any action transferred to the District of Montana under 28 U.S.C. §1407 may continue to represent clients in this Court and are not required to obtain local counsel. The application of Pro Hac Counsel appears to be in compliance with Rule 2.1(c) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation. **IT IS ORDERED**:

1. Plaintiff's motions to appear in this Court is **GRANTED**, subject to the following conditions:

2.  Pro Hac Counsel must do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  Admission is personal to Pro Hac Counsel, not the law firm she work for.

4.  Once the pro hac vice motion has been granted, counsel shall file a notice of appearance in the master docket 2:24-md-3126-BMM.

DATED this 1st day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court